UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

TMG CANTON CROSSINGS LLC,
a Michigan Limited Liability Company,

    Debtor.

_____/

Case No. 11-54145
Chapter 11
Hon. Walter Shapero

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR USE OF CASH COLLATERAL

STATE OF MICHIGAN  )
                            )ss
COUNTY OF             )

JEFFREY STARMAN, being duly sworn, deposes and says as follows:

1. Affiant is the President of TMG Canton Manager, Inc., managing member of Debtor, TMG Canton Crossings LLC, a Michigan limited liability company. If sworn as a witness Affiant could testify competently to the facts hereinafter contained which are based upon his personal knowledge.

2. The Debtor is the owner of a 744 unit apartment located in Canton, Michigan (the "Property") and Affiant is familiar with the management of said apartments. The Property units are residential in nature and are presently occupied by various tenants.

3. The Property is mortgaged to Wells Fargo Bank and there is due and owing thereon approximately $29,280,000.

4. The Debtor needs the rental from the Property to operate same and to pay current operating expenses including, but not limited to, leased employee wages, related employment

taxes, property taxes, maintenance expenses, utilities and other miscellaneous expenses. Without use of the rentals the Debtor would be unable to operate the Property as necessary to maintain its current operations.

5. From the date of filing of the Motion for the Use of Cash Collateral until a final hearing thereon, the Debtor will need approximately $110,000 on an immediate basis to maintain the operations and payment of post-Petition expenses at said Property.

6. Further Affiant sayeth not.

JEFFREY STARMAN

Subscribed and sworn to before me
this 18 day of May, 2011.

NOTARY PUBLIC Laurie Lee Tooles
Washtenaw, Michigan
Acting in Washtenaw County, Michigan
My commission expires: 5/7/17

W1008391.DOC